Wild Chang
Kenneth Lo
Wild Chang, Jr.
2798 Native Avenue
Rowland Heights, CA  91748
Tel: 626-715-9926
Email: kllk1234@hotmail.com

Plaintiffs in Pro Per

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILD CHANG,**<br>**KENNETH LO,**<br>**WILD CHANG, JR.**<br><br>Plaintiffs,<br>    **vs.**<br><br>**FARMERS INSURANCE COMPANY,**<br>**INC., a *Kansas* corporation; FIRE**<br>**INSURANCE EXCHANGE, an**<br>**unincorporated association; STACY**<br>**CHERN, FARMERS INSURANCE**<br>**AGENT, an individual and a licensed**<br>**broker-agent; WOOLLS PEER**<br>**DOLLINGER & SCHER, a**<br>**professional corporation, and DOES 1**<br>**through 10, Inclusive,**<br><br>Defendants. | **CASE No.: 2:22-cv-02548-ODW (MARx)**<br><br>**Assigned to the Hon. Otis D. Wright**<br><br>**EXHIBITS IN SUPPORT OF**<br>**FIRST AMENDED COMPLAINT** |

//
//
//
//

| Exhibit | Document | Page |
|---|---|---|
| 1. | Evidence of Property Insurance | 3 |
| 2. | Stacy Chern's Ads and Office Building | 5 |
| 3. | Declaration of Margaret S. Giles dated March 17, 2021 alleging *anew* that "Farmers Insurance" is a Mere "Service Mark", contrary to the facts. | 7 |
| 4. | Declaration of Stacy Chern dated March 22, 2021, alleging *anew* that she was acting as agent for FIRE EXCHANGE, selling to Plaintiff Lo alone the ***Membership*** in an unincorporated association, i.e., FIRE EXCHANGE, contrary to the facts. | 15 |
| 5. | Subscription Agreement | 30 |
| 6. | Fire Insurance Exchange's Website Expressly Requires "Subscription Agreement" be Signed *Before* Insurance Holder Can Become "Self-Subscriber Member in FIRE EXCHANGE" | 33 |

# Exhibit 1

| _ACORD_™ **EVIDENCE OF PROPERTY INSURANCE** | DATE 04/29/2014 |
|---|---|

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

| PRODUCER | PHONE (A/C, No, Ext): 626-964-2422 | COMPANY |
|---|---|---|
| STACY CHERN INSURANCE AGENCY 19077 E. COLIMA ROAD ROWLAND HEIGHTS, CA 91748 | | FARMERS INSURANCE |

| CODE: 30-54-34 | SUB CODE: |
|---|---|

| AGENCY CUSTOMER ID #: | | |
|---|---|---|
| INSURED MING-LIANG CHANG, AN UNMARRIED MAN AND KENNETH Y LO, A SINGLE MAN, AS JOINT TENANTS | LOAN NUMBER 0000016802 | POLICY NUMBER 924679820 |
| | EFFECTIVE DATE 05/05/2014 | EXPIRATION DATE 01/30/2015 | CONTINUED UNTIL TERMINATED IF CHECKED |
| | THIS REPLACES PRIOR EVIDENCE DATED: | |

**PROPERTY INFORMATION**

LOCATION/DESCRIPTION
2798 NATIVE AVENUE, ROWLAND HEIGHTS, CA 91748

**COVERAGE INFORMATION**

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| DWELLING | $634,000 | $2,500 |
| ADDITIONAL LIVING EXPENSES/LOSS OF RENTS (6 MONTHS) | $63,400 | |
| ANNUAL PREMIUM: $940.02 | | |
| CURRENT BALANCE DUE: $550.20 REMIT_X_ PAID__ | | |
| PLEASE REMIT PAYMENT TO: FARMERS INSURANCE, 19077 E. COLIMA ROAD, ROWLAND HEIGHTS, CA 91748 | | |

**REMARKS (Including Special Conditions)**

438BFU ENDORSEMENT

**CANCELLATION**

THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW ___30___ DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

**ADDITIONAL INTEREST**

| NAME AND ADDRESS BRIGHTEN LENDING, IT'S SUCCESSORS AND/OR ASSIGNS 135 EAST HUNTINGTON DRIVE ARCADIA, CA 91006 | ☐ MORTGAGEE ✓ LOSS PAYEE | ☐ ADDITIONAL INSURED |
|---|---|---|
| | LOAN # 0000016802 | |
| | AUTHORIZED REPRESENTATIVE | |

ACORD 27 (3/93)                                                      © ACORD CORPORATION 1993

**4**

# Exhibit 2



# STACY CHERN

5.0 ★★★★★
[5 Customer Reviews](#)

**Farmers Insurance Agent in Rowland Heights, CA**



GET A QUOTE

CALL ME

**Learn more about the insurance products we offer:**

Browse Products ⌄

📍 **Address**

19077 Colima Rd

Rowland Heights, CA 91748

[Get Directions](#)

📞 **Phone Numbers**

Office:  [(626) 964-2422](#)

Fax:  (626) 964-1560

✉️ **Email Address**

Farmers is committed to your privacy and security, learn more about our  Personal Information Use

OKAY



# Exhibit

# 3

GREGORY B. SCHER - State Bar No. 137228
gscher@wpdslaw.com
CAITLIN R. ZAPF - State Bar No. 255450
czapf@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:     (213) 629-1600
Facsimile:     (213) 629-1660

Attorneys for Defendants
FIRE INSURANCE COMPANY, INC., FIRE
INSURANCE EXCHANGE, STACY CHERN,
WOOLLS PEER DOLLINGER & SCHER,
APC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| WILD CHANG, KENNETH LO,<br><br>        Plaintiffs,<br>    v.<br><br>FARMERS INSURANCE COMPANY, INC., a corporation; FIRE INSURANCE EXCHANGE, a corporation; STACY CHERN INSURANCE AGENCY; STACY CHERN, an individual; and DOES 1 through 100, Inclusive<br><br>        Defendants. | Case No.: BC650876 Consolidated with Case No. 21STCV03453<br>(Assigned to Hon. Teresa A. Beaudet, Dept. 50)<br><br> **Reservation No.: 873288374399**<br>**DECLARATION OF MARGARET S. GILES IN SUPPORT OF DEFENDANT FIRE INSURANCE EXCHANGE'S AMENDED ANTI-SLAPP MOTION**<br><br>Complaint Filed:     February 16, 2017<br><br><br>Hearing Date:     October 7, 2021<br>Time:              2:00 p.m.<br>Dept.:              50 |

I, MARGARET S. GILES, declare and state:

1.      I am over 18 years of age.  I make this Declaration in support of Defendant FIRE INSURANCE EXCHANGE's Anti-SLAPP Motion in connection with the operative complaint of Plaintiffs, Wild Chang, Kenneth Lo, and Wild Chang, Jr. (collectively, "Plaintiffs").

2.      I have personal knowledge of the matters set forth in this Declaration and, if called as

**9**

a witness, I could and would competently testify as to the truth and accuracy of the following facts.

## FIRE INSURANCE EXCHANGE

3.      I am an Assistant Secretary of FIRE INSURANCE EXCHANGE ("FIRE").  By virtue of my position I have become familiar with the organizational structure of FIRE and the facts stated below.

4.       FIRE was formed in 1942.  It has been continuously in business for seventy-nine (79) years.  FIRE is in contractual relationships with District Managers throughout the country.  Presently, FIRE is in contractual relationships with approximately 275 District Managers.  These District Managers recruit and train insurance agents to sell and service insurance for FIRE.  FIRE is also in contractual relationships with insurance agents throughout the country.  FIRE is in contractual relationships with approximately 12,600 insurance agents.  These insurance agents are appointed to solicit, sell and service insurance for FIRE.

5.      FIRE had approximately 1.4 million policies of insurance in force nationwide.

6.      FIRE is a reciprocal or inter-insurance exchange organized and existing under the laws of the State of California (Insurance Code §§1300, et seq.), with its principal place of business in Los Angeles, California.  FIRE has its own governing body, Rules and Regulations, financial statements, and taxpayer identification number.  Its governing Board maintains its own minutes.  The Rules and Regulations function very similarly to bylaws of a corporation.

7.      Ownership of FIRE is vested entirely with FIRE's subscribers (policyholders).

8.      FIRE is solely responsible for any liability or payment pertaining to claims arising under its policies.

9.      FIRE is required by law to be adequately capitalized, and to my knowledge is adequately capitalized.  It submits an annual statement each year to the California Department of Insurance to demonstrate and document compliance with the laws and regulations regarding its financial condition.

10.      FIRE has its own officers and Board of Governors.  The names of its Board of Governors and of certain of its officers are set forth in the annual statement filed by FIRE each year with the California Department of Insurance.  The annual statement is available to the public on the

**10**

Department's website.

11.    The Board of Governors of FIRE is in compliance with the statutory independence requirement set forth in its Rules and Regulations and with the requirements of Insurance Code section 1310.

12.    Fire Underwriters Association is the attorney-in-fact for FIRE.  As the attorney-in-fact for FIRE, Fire Underwriters Association is responsible for providing or procuring certain non-claims related services for and on behalf of FIRE, including underwriting, and actuarial and accounting functions.

13.    The relationship between Fire Underwriters Association, and its principal, FIRE, including the compensation for the services Fire Underwriters Association provides or procures as attorney-in-fact,  is governed by the Subscription Agreement.  Pursuant to the Subscription Agreement, policyholders appoint Fire Underwriters Association as the attorney-in-fact for FIRE.

### FARMERS INSURANCE COMPANY, INC.

14.    I am an Assistant Secretary of Farmers Insurance Company, Inc. ("FICI").  By virtue of my position I have become familiar with the organizational structure of FICI and the facts stated below.

15.    FICI is a Kansas corporation formed in 1955, with its principal place of business in Olathe, Kansas.

16.    Although it is licensed with the California Department of Insurance, FICI does not issue insurance policies for risks located in California.

17.    FIRE has a 10% ownership interest in FICI.

### SERVICE MARKS

18.    "Farmers®," "Farmers Insurance®," "Farmers Insurance Group of Companies®," and "Farmers Insurance Group®" are not legal entities and they do not issue or sell insurance products. "Farmers®," "Farmers Insurance®," "Farmers Insurance Group of Companies®," and "Farmers Insurance Group®" are federally registered service marks which are used in marketing the services offered by the insurance companies that are licensed to use the service marks.  Farmers Insurance

/ / /

1    Exchange is the registrant of these service marks.

2        19.    Both FIRE and FICI are authorized to market insurance using the "Farmers Insurance

3    Group of Companies®" service mark.

4        I declare under penalty of perjury under the laws of the State of California that the foregoing

5    is true and correct.

6        Executed this 17 day of March, 2021, at _Los Angeles_ , California.

7

8

9                                    _Margaret S. Giles_

10                                   MARGARET S. GILES

11

Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22ⁿᵈ Floor
Los Angeles, California 90017

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

809114.1

**DECLARATION OF MARGARET S. GILES IN SUPPORT OF DEFENDANT FIRE INSURANCE EXCHANGE'S ANTI-SLAPP MOTION**

**PROOF OF SERVICE**
**Wild Chang, et al. v. Farmers Insurance, et al.**
**Case No. BC650876 related to Case No. 21STCV03453**

I, Malerie Gomez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Woolls Peer Dollinger & Scher, A Professional Corporation, One Wilshire Building, 624 South Grand Avenue, 22nd Floor, Los Angeles, California 90017. On August 20, 2021, I served the document(s) described as **DECLARATION OF MARGARET S. GILES IN SUPPORT OF DEFENDANT FIRE INSURANCE EXCHANGE'S AMENDED ANTI-SLAPP MOTION** on the interested parties in this action as follows:

☒ By placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☐    BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at One Wilshire Building, 624 South Grand Avenue, 22nd Floor, Los Angeles, California 90017 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at One Wilshire Building, 624 South Grand Avenue, 22nd Floor, Los Angeles, California 90017.

☐    OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS ☐ UPS ☐ Overnight Delivery [specify name of service:    ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS ☐ UPS ☐ OVERNIGHT DELIVERY [specify name of service:    ] authorized to receive documents at One Wilshire Building, 624 South Grand Avenue, 22nd Floor, Los Angeles, California 90017 with delivery fees fully provided for.

☒    BY E-MAIL: I sent via electronic mail a copy of said document(s) to the persons at the e-mail addresses listed on the service list in accordance with the written confirmation of counsel in this action. **SEE SERVICE LIST.**

☐    BY FACSIMILE: I sent via facsimile a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒    [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐    [Federal]    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 20, 2021, at Los Angeles, California.

Malerie Gomez

**13**

**SERVICE LIST**

| | |
|---|---|
| Wild Chang<br>2798 Native Avenue<br>Rowland Heights, CA 91748 | Plaintiff In Pro Per<br>WILD CHANG<br><br>Tel: (626) 715-9926<br>Email: kllk1234@hotmail.com |
| Kenneth Lo<br>2798 Native Avenue<br>Rowland Heights, CA 91748 | Plaintiff In Pro Per<br>KENNETH LO<br><br>Tel: (626) 715-9926<br>Email: kllk1234@hotmail.com |
| Wild Chang, Jr.<br>2798 Native Avenue<br>Rowland Heights, CA 91748 | Plaintiff In Pro Per<br>WILD CHANG, JR.<br><br>Tel: (626) 715-9926<br>Email: kllk1234@hotmail.com |

# Exhibit 4

GREGORY B. SCHER - State Bar No. 137228
gscher@wpdslaw.com
CAITLIN R. ZAPF - State Bar No. 255450
czapf@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:     (213) 629-1600
Facsimile:     (213) 629-1660

Attorneys for Defendants
FIRE INSURANCE COMPANY, INC., FIRE
INSURANCE EXCHANGE, STACY CHERN,
WOOLLS PEER DOLLINGER & SCHER,
APC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| WILD CHANG, KENNETH LO,<br><br>        Plaintiffs,<br>  v.<br><br>FARMERS INSURANCE COMPANY, INC., a corporation; FIRE INSURANCE EXCHANGE, a corporation; STACY CHERN INSURANCE AGENCY; STACY CHERN, an individual; and DOES 1 through 100, Inclusive<br><br>        Defendants. | Case No.: BC650876 Consolidated with Case No. 21STCV03453<br>(Assigned to Hon. Teresa A. Beaudet, Dept. 50)<br><br>**Reservation No.: 873288374399**<br><br>**DECLARATION OF STACY CHERN IN SUPPORT OF DEFENDANT FIRE INSURANCE EXCHANGE'S AMENDED ANTI-SLAPP MOTION**<br><br>Complaint Filed:   February 16, 2017<br><br>Hearing Date:   October 7, 2021<br>Time:   2:00 p.m.<br>Dept.:   50 |

I, STACY CHERN, declare and state:

1.     I am over 18 years of age.  I make this Declaration in support of Defendant FIRE INSURANCE EXCHANGE's Anti-SLAPP Motion in connection with the operative complaint of Plaintiffs, Wild Chang, Kenneth Lo, and Wild Chang, Jr. (collectively, "Plaintiffs").

2.     I have personal knowledge of the matters set forth in this Declaration, except those

**16**

1    matters stated on information and belief, which I believe to be true. If called as a witness, I could

2    and would competently testify as to the truth and accuracy of the following facts.

3        3.      I have been a Farmers career agent authorized to sell insurance products on behalf of

4    Fire Insurance Exchange and other Farmers insurance companies since on or about June 25, 2001.

5    My insurance agency is located in Rowland Heights, California.

6        4.      I, and members of my agency, assisted Plaintiff Kenneth Lo with his new business

7    "Property Application" for a Dwelling Fire DP-3 insurance policy ("Application for Insurance"),

8    which resulted in the issuance of policy number 92467-98-20 by Fire Insurance Exchange for

9    insurance coverage for the real property located at 2798 Native Avenue, Rowland Heights, CA

10   91748 (the "Property"). Attached hereto as **Exhibit "A"** is a true and correct copy of Mr. Lo's

11   Application for Insurance for the Property, which includes a Subscription Agreement signed by Mr.

12   Lo, with an effective date of January 30, 2006. Mr. Lo faxed the signed Subscription Agreement to

13   my office on February 3, 2006.

14       5.      Attached as **Exhibit "B"** is a true and correct copy of a three (3) page facsimile sent

15   by my office to Mr. Lo on February 3, 2006, which consists of (1) a cover page, (2) the fourth and

16   final page of the Application for Insurance containing a Subscription Agreement applicable to "Fire

17   Insurance Exchange and Farmers Insurance Exchange Only," and (3) a Subscription Agreement

18   applicable to "Farmers Insurance Exchange Only."

19       I declare under penalty of perjury under the laws of the State of California that the foregoing

20   is true and correct.

21       Executed this __22__ day of March, 2021, at _Rowland Heights_, California.

22

23

24                                                          STACY CHERN

25

26

27

28

PRINTED ON RECYCLED PAPER

2

**DECLARATION OF STACY CHERN IN SUPPORT OF DEFENDANT
FIRE INSURANCE EXCHANGE'S ANTI-SLAPP MOTION**

Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

809114.1

**17**

# Exhibit A



# Exhibit A

APPLICATION IS                                                                                    APPLICATION

- ☑ NEW BUSINESS  ☐ CHANGE OF  ☐ REINST./REISSUE  ☐ ADD TO PRESENT POL.  ☐ RENEWAL
- ☐ CHANGE OF          COVERAGE
     MAILING ADDRESS  ☐ CHANGE OF INSURED DWELLING  ☐ CHANGE OF  ☐ OTHER _____
                              (APPLICANT HAS MOVED)        MORTGAGEE

DATE CANC. _____

| ASSIGNED AGENT | | | PAY COMMISSION TO | | |
|---|---|---|---|---|---|
| ST | DIST | AGENT | ST | DIST | AGENT |
| >0 | 54 | 334 | | | |

**EFFECTIVE DATE**

| MO. | DAY | YR. |
|---|---|---|
| 7 | >0 | 6 |

**POLICY NUMBER**: 9 7 4 6 7 9 8 7 0

PREFERRED COMPANIES
☒ FIRE INSURANCE EXCHANGE
☐ MID-CENTURY INSURANCE COMPANY

STANDARD COMPANIES
☐ *FARMERS INSURANCE EXCHANGE
* IF THIS BOX IS CHECKED SUBSCRIPTION AGREEMENT APPLIES

PREMATIC ACCOUNT NO. _____     HOUSEHOLD NUMBER _____

PRODUCT TYPE:
☐ HOMEOWNERS  ☐ RENTERS
☐ LANDLORDS PROTECTOR
☐ MOBILEHOMEOWNERS
☒ TOWNHOUSE/CONDO (CONTENTS)
☒ DWELLING FIRE

POLICY TYPE:
☐ COURSE OF CONSTRUCTION - NONPACKAGE
☐ COURSE OF CONSTRUCTION - PACKAGE
☐ PROTECTOR PLUS
☐ SPECIAL FORM  ☒ TOWNHOUSE PROTECTOR
☐ DP1  ☐ DP2  ☒ DP3

## 1. HOUSEHOLD/POLICY INFORMATION

**1. PRIMARY INSURED** (USE CAPITAL LETTERS)
PLEASE PRINT: KENNETH LO

APPLICANT'S PHONE:
HOME: (626) 715-9956
BUSINESS: ( )
NON-SMOKER ELIGIBLE? ☒ YES  ☐ NO

**2. PROPERTY ADDRESS** (USE CAPITAL LETTERS)
NO. STREET: 9798 NATIVE AVE
CITY STATE: ROWLAND HTS
ZIP CODE: CA
ZIP CODE REQUIRED: 91748   COUNTY

IF PRIOR POLICY CANCELLED OR NON-RENEWED, GIVE REASON:

**3. PROPERTY LEGAL DESCRIPTION**
☐ Same as above  ☐ Other than above. (If no street number used or if not located within the corporate limits of a city, village or town; show the legal property description and specific directions to locate. Minnesota only: include section, range and township numbers.)
COUNTY, ZIP CODE
ZIP CODE REQUIRED

AUTO POLICY # _____
EFFECTIVE DATE: _____
MCNA POLICY # _____
CEA POLICY # _____
IF TRANSFER-IN, OLD POLICY # _____

**4. MAILING ADDRESS** (IF DIFFERENT THAN PROPERTY ADDRESS)
NO. STREET
STATE ZIP CODE
ZIP CODE REQUIRED

UMBRELLA POLICY # _____
TYPE _____

## 2. PRIOR LOSSES - LAST 3 YEARS

DATE: 9 / 17 / 03    LOSS AMOUNT: $ 847    DESCRIBE: Theft    COVERAGE _____  PERIL _____
     MO  DAY  YR
CONTENTS _____  STREET _____  CITY _____  STATE _____

DATE: _ / _ / _    LOSS AMOUNT: $ _____    DESCRIBE _____    COVERAGE _____  PERIL _____
     MO  DAY  YR
CONTENTS _____  STREET _____  CITY _____  STATE _____

## 3. CLIENT INFORMATION FOR ALL NAMED INSUREDS

| PRIMARY INSURED: | NAMED INSURED: |
|---|---|
| | FIRST          MIDDLE          LAST |
| NAME FOR BILLING YES ___ SSN # ___ | NAME FOR BILLING YES ___ SSN # ___ RELATIONSHIP ___ |
| BIRTH DATE ___/___/___ *DATE MOVED TO CURRENT ADDRESS ___/___/___ | BIRTH DATE ___/___/___ *DATE MOVED TO CURRENT ADDRESS ___/___/___ |
| **NAMED INSURED:** | **NAMED INSURED:** |
| FIRST          MIDDLE          LAST | FIRST          MIDDLE          LAST |
| NAME FOR BILLING YES ___ SSN # ___ RELATIONSHIP ___ | NAME FOR BILLING YES ___ SSN # ___ RELATIONSHIP ___ |
| BIRTH DATE ___/___/___ *DATE MOVED TO CURRENT ADDRESS ___/___/___ | BIRTH DATE ___/___/___ *DATE MOVED TO CURRENT ADDRESS ___/___/___ |

(IF LESS THAN 3 YEARS PROVIDE PREVIOUS ADDRESS IN REMARKS SECTION)

## 4. FACESHEET NAMES    (ONLY FIRST 50 CHARACTERS WILL DISPLAY ON FACESHEET)

**5. MORTGAGEE/CONTRACT OF SALE**

- [ ] Change
  - [ ] Add
  - [ ] Delete
  - [ ] Correct
- [ ] 2nd Mtg.
  - [ ] Mtg. on Contents
- [ ] Contract of Sale
  - [ ] Buyer
  - [ ] Seller/Builder
- [ ] Addl. Insured (E6141)
- [ ] Other

MORTGAGEE NAME: _____
MORTGAGEE ADDRESS: _____

| CUSTOMER | CITY | STATE | ZIP | | INS | MTG | ESC |
| SERVICE PHONE: ( ) ___ - ___ | | LOAN NO: ___ | WHO PAYS | INITIAL INSTALLMENT / SUBSEQUENT INSTALLMENTS | | | |

MORTGAGEE NAME: _____
MORTGAGEE ADDRESS: _____

| CUSTOMER | CITY | STATE | ZIP | | INS | MTG | ESC |
| SERVICE PHONE: ( ) ___ - ___ | | LOAN NO: ___ | WHO PAYS | INITIAL INSTALLMENT / SUBSEQUENT INSTALLMENTS | | | |

**6. COVERAGES, DEDUCTIBLES, OPTIONAL COVERAGES**     **6a. DISCOUNT/SURCHARGES**

| COVERAGES | Limits of Insurance (Show NEW Total Amount on Changes) | PREMIUM | ENDORSEMENT OPTIONS |
|---|---|---|---|
| A. DWELLING | $ 94,000 | Basic Prem. 597.43 | [ ] E6046 Extended Replacement Cost |
| B. SEPARATE STRUCTURES | $ 9,400 | Add'l Charges | [ ] E6120 Replacement Cost - Contents |
| C. PERSONAL PROPERTY | $ 70,050 | | [ ] E6113 Increased Limits - Jewelry, etc., Cov. C |
| D. LOSS OF USE | $ | Total Prem. | Amount of Increase: $ |
| E. LOSS ASSESSMENT (Condo/Townhouse) | $ | | [ ] E6048/6049 ACV Roof |
| | | Memb. or Policy Fee 12.00 | [ ] E6154 Residence Glass _____ Limit |
| F. PERSONAL LIABILITY (Annual Aggregate Limits not applicable in all states.) | $ 300,000 Each Occurrence | | [ ] E4170/4172 Additional Residences/Property Mgmt. |
| | $ ,000 Annual Aggregate Limits | Cash With App | [ ] E6161 Bldg. Prop. Townhouse/Condo or Protector Plus |
| F. MEDICAL | $ 1,000 Each Person | | Amount of Increase: $ |
| | Each Accident | Balance Due 589.43 | Assoc. Loss Assessment $ |
| Miscellaneous | $ | | [ ] E6028 Condo. Rented to Others |
| | $ | | Value Protection |
| | $ | | [ ] E6122 Collision Coverage (Mobile Home only) |
| | $ | | [ ] E6147 Trip Collision (Mobile Home only) |
| | | | [ ] E6157 Replacement Cost-Mobile Home |
| | | | [ ] J6133 Course of Construction Coverage Endorsement |
| | | | [ ] E6002 Modified Loss Settlement Endorsement |
| | | | [ ] E6180 Farm Endorsement (Complete Suppl. App. 31-1832) |
| | | | [ ] Cal. Vet. Program |

6a. DISCOUNT/SURCHARGES
- [ ] Non-Smoker (Owner Occ only)
- [ ] Home Security
- [ ] Central Burglar/Fire Alarm
- [ ] Local Burglar Alarm
- [ ] Local Fire Alarm
- [ ] Full Sprinkler System
- [ ] Partial Sprinkler System
- [ ] New Home
- [ ] Home Renovation/Electrical Systems
- [ ] Auto/Fire
- [ ] 50 Plus
- [ ] _____

Some discounts and surcharges may not be available in the Standard Company.

Is earthquake coverage desired on this property? [ ] YES [ ] NO (If yes, complete CEA Offer 31-2030 and Application 31-2020)
Earthquake deductible _____ %

PRIVATE RESIDENCE EMPLOYEE COVERAGE ► $ _____     [ ] INSERVANTS - NUMBER OF EMPLOYEES _____     [ ] OUTSERVANTS - NUMBER OF EMPLOYEES _____

**SECTION I. Property (Cov. A, B and C Only)**
Deductible X'd below:

- [ ] $50 w/$250 Theft
- [ ] $100 All-Peril
- [ ] $100 w/$250 Theft
- [ ] $250 All-Peril
- [ ] $500 All-Peril
- [ ] $500 w/$250 Wind & Hail
- [ ] $1000 All-Peril
- [ ] $1000 All-Peril w/$250 Wind & Hail
- [ ] $1500 All-Peril
- [x] $2500 All Peril
- [ ] $2500 All-Peril w/$250 Wind & Hail
- [ ] Other $ _____
- [ ] Other $ _____

[ ] **(J6194) Unscheduled Personal Articles Floater (complete the required information below)**

| Add | Chg | Del | Type of Item | Coverage Amount | Deductible Amount (Same as underlying policy or $250 whichever is less) |
|---|---|---|---|---|---|
| ___ | ___ | ___ | Unscheduled Jewelry | $ ___ | $ ___ |
| ___ | ___ | ___ | Unscheduled All Other (includes Fine Arts, Firearms, Furs, Stamps & Coins and Silverware) | $ ___ | $ ___ |
| | | | Total (Unscheduled Jewelry and All Others) | $ ___ | $ ___ |

[ ] **(J6102) Scheduled Personal Articles Floater (complete Supplemental application 31-1832)**

**REMARKS:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

31-1507 12-00

**20**

7. DWELLING & EXTENSION (ALL POLICIES EXCEPT 1 MOBILE HOMEOWNERS) REPLACEMENT COST DATA (HOMEOWNERS & LANDLORDS PROTECTOR ONLY)

| YEAR BUILT | SQUARE FEET | MARKET VALUE: $ | PURCHASE DATE: | MO. | DAY | YR. | STYLE CODE: | GARAGE TYPE: | INT % FINISHED | INTERIOR WALLS: |
|---|---|---|---|---|---|---|---|---|---|---|
| 1968 | 2000 | | | | | | | | | ☐ DRYWALL/SHEETROCK ☐ PLASTER |

| HIGH VALUE CALC: ☐ YES | TARGET ITEMS: $ | | INSPECTION DATE: | MO. | DAY | YR. | INTERIOR: | BASEMENT % OF GROUND FLOOR ____% | BASEMENT % OF FINISHED ____% |

**DWELLING:**

IF CDC POLICY, IS CONSTRUCTION ABOVE GROUND? ☐ YES ☐ NO
a. FOUNDATION: ☐ CEMENT SLAB (INCL. BASEMENT) ☐ PIER AND BEAM-CLOSED
☐ PIER AND BEAM-OPEN ☐ STILTS AND PILINGS
b. CONSTRUCTION: _____ c. CIRCUIT BREAKERS ___ (Y) d. AMP CAPACITY: _____
e. OCCUPANCY: ☐ NON-OWNER OCCUPIED ☐ OWNER OCCUPIED (PRIMARY RES.)
☐ RENTER ☐ SEASONAL ☐ SECONDARY ☐ VACANT

ROOF: AGE ____ / ____ TYPE __A 4__ _____ YRS. WARRANTED ____
(Refer to Agent's Manual for eligibility rules.)

HEATING: PRIMARY SYSTEM _____
FUEL _____ {☐ COAL ☐ ELECTRIC ☐ GAS ☐ KEROSENE ☐ OIL
SECONDARY _____ {☐ WOOD ☐ OTHER/UNKNOWN

YEAR RENOVATED: ☐ PLUMBING ____ UNUSUAL HAZARD _____
☐ HEAT ____ ☐ ELECTRICAL ____

IF BUSINESS ON PREMISES, TYPE: _____

| | YES | NO |
|---|---|---|
| IF ROOMERS/BOARDERS, HOW MANY: ____ | | |
| UNREPAIRED DAMAGE? (DESCRIBE IN REMARKS) | ☐ | ☐ |
| DOES THE PROPERTY COMPLY WITH ALL OF THE ACCEPTABLE MAINTENANCE & CONDITION EXPECTATIONS? | ☐ | ☐ |

| | YES | NO |
|---|---|---|
| OUTSIDE OF CITY LIMITS: (IF "YES," COMPLETE ADDITIONAL INFORMATION).. | ☐ | ☐ |
| NUMBER OF MILES TO FIRST RESPONDING FIRE STATION .................... | | |
| NUMBER OF FEET TO NEAREST FIRE HYDRANT, ...................... | | |
| NAME OF FIRE DEPARTMENT OR DISTRICT ...................... | | |
| PROTECTION CLASS OF FIRST RESPONDING FIRE STATION ............. | | |
| (F)ORESTRY, (C)OUNTY, (M)UNICIPAL, OR (V)OLUNTEER FIRE STATION .. | | |
| FIRE STATION TRANSPORTS WATER? ...................... | ☐ | ☐ |
| BRUSH WITHIN 50 FT.? ...................... | ☐ | ☐ |
| LOCATED IN RESIDENTIAL AREA? ...................... | ☐ | ☐ |
| YEAR ROUND ACCESSIBLE? ...................... | ☐ | ☐ |
| VISIBLE FROM PUBLIC ROAD OR A NEIGHBOR'S HOUSE? .......... | ☐ | ☐ |

| | YES | NO |
|---|---|---|
| **ALARMS/SECURITY DEVICES:** | ☐ | ☐ |
| IF "YES," COMPLETE ADDITIONAL INFORMATION:_____ | ☐ | ☐ |

**SECURITY DEVICES:**
☐ HOME IS EQUIPPED WITH ALL OF THE FOLLOWING;
DEADBOLT TYPE LOCKS ON ALL EXTERIOR DOORS (INCLUDING SLIDING GLASS DOORS),
AT LEAST ONE WORKING SMOKE ALARM, AT LEAST ONE 2½ POUND OR LARGER CO2, OR,
CHEMICAL TYPE OF EXTINGUISHER.
ALARM SYSTEM: ☐ LOCAL FIRE/SMOKE ALARM ☐ LOCAL ELECTRONIC BURGLAR ALARM
☐ CENTRAL BURGLAR/FIRE ALARM
SPRINKLER SYSTEM: ☐ FULL ☐ PARTIAL

| | YES | NO |
|---|---|---|
| NON-STANDARD CHIMNEY/FLUES ...................... | ☐ | ☐ |
| BUILT BY LICENSED CONTRACTOR ...................... | ☐ | ☐ |
| ANCHORED MASONRY CHIMNEY ...................... | ☐ | ☐ |
| WATER HEATER SECURED ...................... | ☐ | ☐ |
| ANCHORED TO FOUNDATION ...................... | ☐ | ☐ |
| CAL VET PROGRAM (RENTERS ONLY) ...................... | ☐ | ☐ |

**IF TOWNHOUSE/CONDO ON RENTERS POLICY:**
TOWNHOUSE ☐ YES ☐ NO CONTENTS AMOUNT $ _____ # OF UNITS ____

**EXTERIOR WALLS (MUST EQUAL 100%)**

| | | | |
|---|---|---|---|
| WOOD SIDING ____% | ALUM/VINYL SIDING ____% | BRICK VENEER ____% |
| STONE VENEER ____% | STUCCO ON FRAME _150_% | SOLID BRICK ____% |
| SOLID STONE ____% | ASBESTOS SHINGLES ____% | WOOD SHAKES ____% |
| PAINT ON MASONRY ____% | STUCCO ON MASONRY ____% | ADOBE ____% |

| NO. OF FULL BATHS: | NO. OF HALF BATHS: | NO. OF FIREPLACES | NO. OF UNITS: | NO. GARAGE OPENERS: | NO. OF STORIES (TOWNHOUSE ONLY) |
|---|---|---|---|---|---|
| 2 | 1 | 2 | | | |

**OTHER FEATURE: ('X' IF APPLICABLE)**

| | | |
|---|---|---|
| ☐ BREEZEWAY OPEN | ☐ PORCH OPEN | ☐ DECK |
| ☐ BREEZEWAY SCREENED | ☐ PORCH SCREENED | ☐ SHOWER STALL |
| ☐ AIR CONDITIONING | ☐ GREENHOUSE | ☐ SCREENED POOL ENCLOSURE |
| ☐ SOLAR PANELS | ☐ STAINED GLASS | ☐ SAUNA |
| ☐ SPIRAL STAIRCASE | ☐ ORNAMENTAL STAIRS | ☐ ELECTRIC AIR CLEANER |
| ☐ CENTRAL VACUUM | ☐ LAUNDRY TUB | ☐ INDOOR BBQ |
| ☐ INTERCOM SYSTEM | ☐ ADDL FURNACE | ☐ TRASH COMPACTOR |
| ☐ SKYLIGHTS # | ☐ EXT. SHUTTERS # | ☐ INT. SHUTTERS # |
| ☐ WET BAR # | ☐ JACUZZI # | |

**ADDITIONAL REPLACEMENT COST INFORMATION FOR HIGH VALUE CALCULATION**

BASEMENT SQ FT:____ BASEMENT FINISH OPTION CODE:____ UNFINISHED INT. SQ FT:____
# OF FULL BATHS - CUSTOM ____ # OF HALF BATHS: CUSTOM ____ STANDARD ____
# OF KITCHENS - CUSTOM ____

**EXTERIOR WALLS:**
☐ CLASS A ALUM/VINYL SIDING, STUCCO ON FRAME/MASONRY, WOOD SIDING ____%
☐ CLASS B ADOBE BRICK SOLID, BRICK & MASONRY BLOCK,
BRICK VENEER, CLAY, TILE, LOGS ____%
☐ CLASS C LIMESTONE OR STONE VENEER WITH MASONRY BLOCK,
STONE VENEER ____%
☐ CLASS D GLASS WALL SYSTEM, SOLID BRICK ____%
☐ CLASS E GRANITE OR MARBLE VENEER WITH MASONRY BACK-UP, SOLID STONE ____%

ENTER QUANTITY IF APPLICABLE: HOT TUB ____ ELEVATOR ____ LINEN CHUTE ____
DUMBWAITER ____ CHAIRLIFT ____ SUB-ZERO REFRIGERATOR ____
COMMERCIAL STOVE ____ COPPER RANGE HOOD ____

FIREPLACE: STANDARD MASONRY ____ CUSTOM MASONRY ____ PREFAB ____
FREE STANDING STOVE ____

CHIMNEY: STANDARD MASONRY____ CUSTOM MASONRY ____ INTERIOR METAL ____

**ENTER SQUARE FEET IF APPLICABLE:**
ENCLOSED PORCH: STANDARD ____ CUSTOM ____ LUXURY ____ ENCLOSED CUSTOM ____ SQ. FT.
ENCLOSED BREEZEWAY: STANDARD ____ CUSTOM ____ LUXURY ____
DECK: STANDARD ____ CUSTOM ____ BUILT-IN BOOKCASE ____ ATTACHED GREENHOUSE ____
SOLAR PANELS ____ WALK-IN COOLER ____ INTERIOR SWIMMING POOL. ____

100% paint
75% Carpet + 25% Marble

31-1507 12-00

3

**21**

| YEAR: | MAKE: | | MODEL: | | | PURCHASE DATE: | MO. | DAY | YR. | INSPECTION DATE: | MO. | DAY | YR. | SERIAL NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| OCCUPANCY: | LENGTH (FT): | WIDTH (FT): | UNUSUAL HAZARD | IF BUSINESS ON PREMISES, TYPE: |
|---|---|---|---|---|

(Refer to Agent's Manual for eligibility rules.)

**HEATING:** PRIMARY SYSTEM _____  FUEL _____
SECONDARY _____

☐ COAL  ☐ ELECTRIC  ☐ GAS  ☐ KEROSENE  ☐ OIL
☐ WOOD  ☐ OTHER/UNKNOWN

| | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|
| UNREPAIRED DAMAGE? (DESCRIBE IN REMARKS) | ☐ | ☐ | OUTSIDE OF CITY LIMITS? (IF "YES," COMPLETE ADDITIONAL INFORMATION BELOW) | | ☐ | ☐ |
| DOES THE PROPERTY COMPLY WITH ALL OF THE ACCEPTABLE MAINTENANCE & CONDITIONS EXPECTATIONS? | ☐ | ☐ | ALARMS/SECURITY DEVICES (IF "YES," COMPLETE INFORMATION UNDER DWELLING-SECTION 7) | | ☐ | ☐ |
| LOCATED IN FLOOD PRONE AREA? | ☐ | ☐ | HOMEMADE? | | ☐ | ☐ |
| CONNECTED TO PERMANENT FUEL SOURCE? | ☐ | ☐ | WATER HEATER SECURED? | | ☐ | ☐ |
| CONNECTED TO SEWER/SEPTIC TANK? | ☐ | ☐ | STATE CERTIFIED BRACING SYSTEM? | | ☐ | ☐ |
| LOCATED IN MOBILEHOME PARK? | ☐ | ☐ | IS MOBILEHOME SKIRTED? | | ☐ | ☐ |
| IS MOBILEHOME TIED DOWN? | ☐ | ☐ | | | | |

**IF OUTSIDE CITY LIMITS, COMPLETE QUESTIONS SHOWN BELOW:**

NUMBER OF MILES TO FIRST RESPONDING FIRE STATION? _____    NUMBER OF FEET TO NEAREST FIRE HYDRANT _____

NAME OF FIRE DEPARTMENT OR DISTRICT _____    LOCATED IN RESIDENTIAL AREA?    ☐ YES ☐ NO

## SUBSCRIPTION AGREEMENT APPLIES TO FIRE INSURANCE EXCHANGE AND FARMERS INSURANCE EXCHANGE ONLY

For and in consideration of the benefits to be derived therefrom the Subscriber covenants and agrees with the Exchange indicated on the front of this application and other subscribers thereto through their and each of their attorney-in-fact, the Fire Underwriters Association for the Fire Insurance Exchange, and the Farmers Underwriters Association for the Farmers Insurance Exchange, to exchange with all other subscribers' policies of insurance or reinsurance containing such terms and conditions therein as may be specified by said attorney-in-fact and approved by the Board of Governors or its Executive Committee for any loss insured against, and subscriber hereby designates, constitutes and appoints said Association to be attorney-in-fact for subscriber, granting to it power to substitute another in its place, and in subscriber's name, place and stead to do all things which the subscriber or subscribers might or could do severally or jointly with reference to all policies issued, including cancellation thereof, collection and receipt of all monies due the Exchange from whatever source and disbursement of all loss and expense payments, effect reinsurance and all other acts incidental to the management of the Exchange and the business of inter-insurance; subscriber further agrees that there shall be paid to the respective Association, as compensation for its becoming and acting as attorney-in-fact, the membership fees and twenty-five per centum for the Fire Underwriters Association or twenty per centum for Farmers Underwriters Association of the Premium Deposit for the insurance provided and twenty-five per centum for Fire Underwriters Association or twenty per centum for Farmers Underwriters Association of the premiums required for continuance thereof.

The remaining portion of the Premium Deposit and of additional term payments made by or on behalf of the subscriber shall be applied to the payment of losses and expenses and to the establishment of reserves and general surplus. Such reserves and surplus may be invested and reinvested by a Board of Governors duly elected by and from subscribers in accordance with provisions of policies issued, which Board or its Executive Committee or an agent or agency appointed by written authority of said Executive Committee shall have full powers to negotiate purchases, sales, trades, exchanges and transfers of investments, properties, titles and securities, together with full powers to execute all necessary Instruments. The expenses above referred to shall include all taxes, license fees, attorney's fees and adjustment expenses and charges, expenses of members' and governors' meetings, agent's commissions, and such other specified fees, dues and expenses as may be authorized by the Board of Governors. All other expenses incurred in connection with the conduct of the Exchange and such of the above expenses as shall from time to time be agreed upon by and between the Association and the Board of Governors or its Executive Committee shall be borne by the Association.

The principal office of the Exchange and its attorney-in-fact shall be maintained in the City of Los Angeles, County of Los Angeles, State of California.

This agreement can be signed upon any number of counterparts with the same effect as if the signatures of all subscribers were upon one and the same instrument, and shall be binding upon the parties thereto, severally and ratably as provided in policies issued. Wherever the word "subscriber" is used the same shall mean members of the Exchange, the subscriber hereto, and all other subscribers to this or any other like agreement.

Any policy issued hereon shall be non-assessable.

**I hereby declare the facts stated a both sides of this application to be true and request the Exchange or Company to issue the insurance applied for and my renewals thereof in reliance thereon.**

Federal law (15 USC Sec. 1681d) requires all insurance companies to notify their policyholders that an investigation may be made as to character, general reputation, personal characteristics and mode of living, whichever are applicable. Additional information regarding the nature and scope of any such investigation requested will be furnished to you, upon your written request made within a reasonable time after you receive this notice.

**APPLICABLE ONLY TO THE STATES WITH THE PRIVACY ACT: I have received a copy of the INVESTIGATIVE PRACTICES AND PROTECTION OF YOUR PRIVACY form, which advises me of my rights concerning the investigative practices of the Farmers Insurance Group of Companies.**

This is my authority to cancel the following Farmers Insurance Group of Companies policies and apply credit to policy applied for herein:

Policy No. _____

Subscribed to _____ M _____
                TIME    MONTH  DAY  YEAR

Do you currently have mortgage insurance?  ☐ Yes  ☐ No

Applicant's Signature _____

Home Address _____

| LIST ALL CURRENT AND PRIOR POLICY NOS. | FARMERS | MCA | TRUCK | FIRE | MCNA | FNWL |
|---|---|---|---|---|---|---|

**BINDER:** The insurance has been applied for and is bound for 60 days from the Effective Date pending issuance of a policy to the Named Insured; except in Wisconsin where it is bound until the policy applied for and currently in use by the issuing Company is cancelled in accordance with its terms. Please accept this Form as a binder.

This application is complete and I recommend its acceptance. **THE QUOTED PREMIUM IS SUBJECT TO VERIFICATION AND CHANGE (INCREASE ON DECREASE), WHEN NECESSARY, BY THE COMPANY.**

ACA No. _____ Date _____    Agent's Phone No _____    Agent's Signature _____ Date _____

Policy # 9246798 20

If policy(ies) issued under Farmers Insurance Exchange, forward form to the Regional Office.

Insured ▸  Kenneth Lo

30-9246798 20
POLICY NUMBER

POLICY NUMBER

POLICY NUMBER

## Subscription Agreement Applies to Farmers Insurance Exchange Only

For and in consideration of the benefits to be derived therefrom the Subscriber covenants and agrees with the Farmers Insurance Exchange and other subscribers thereto through their and each of their attorney-in-fact, the Farmers Underwriters Association, to exchange with all other subscriber's policies of insurance or reinsurance containing such terms and conditions therein as may be specified by said attorney-in-fact and approved by the Board of Governors or its Executive Committee for any loss insured against, and subscriber hereby designates, constitutes and appoints said Association to be attorney-in-fact for subscriber granting to it power to substitute another in its place and in subscriber's name place and stead to do all things which the subscriber or subscribers might or could do severally or jointly with reference to all policies issued, including cancellation thereof, collection and receipt of all monies due the Exchange from whatever source and disbursement of all loss and expense payments, effect reinsurance and all other acts incidental to the management of the Exchange and the business of inter-insurance; subscriber further agrees that there shall be paid to said Association, as compensation for its becoming and acting as attorney-in-fact the membership fees and twenty per centum of the Premium Deposit for the insurance provided and twenty per centum of the premiums required for continuance thereof.

The remaining portion of the Premium Deposit and of additional term payments made by or on behalf of the subscriber shall be applied to the payment of losses and expenses and to the establishment of reserves and general surplus. Such reserves and surplus may be invested and reinvested by a Board of Governors duly elected by and from subscribers in accordance with provisions of policies issued, which Board or its Executive Committee or an agent or agency appointed by written authority of said Executive Committee shall have full powers to negotiate purchases, sales, trades, exchanges and transfers of investments, properties, titles and securities, together with full powers to execute all necessary instruments. The expenses above referred to shall include all taxes, license fees, attorneys' fees and adjustment expenses and charges, expenses of members' and governor's meetings, agent's commissions and such other specified fees, dues and expenses as may be authorized by the Board of Governors. All other expenses incurred in connection with the conduct of the Exchange and such of the above expenses as shall from time to time be agreed upon by and between the Association and the Board of Governors or its Executive Committee shall be borne by the Association.

The principal office of the Exchange and its attorney-in-fact shall be maintained in the City of Los Angeles, County of Los Angeles, State of California.

This agreement can be signed upon any number of counterparts with the same effect as if the signatures of all subscribers were upon one and the same instrument, and shall be binding upon the parties thereto, severally and ratably as provided in policies issued. Wherever the word "subscriber" is used the same shall mean members of the Exchange, the subscriber hereto, and all other subscribers to this or any other like agreement. Any policy issued hereon shall be non-assessable.

## Privacy Act

APPLICABLE ONLY TO THE STATES WITH THE PRIVACY ACT: I have received a copy of the INVESTIGATIVE PRACTICES AND PROTECTION OF YOUR PRIVACY form, which advises me of my rights concerning the investigative practices of the Farmers Insurance Group of Companies.

I hereby declare that the statements on both sides of this application, INCLUDING THOSE RELATING TO THE USE OF THE VEHICLE(S) AND MILEAGE DRIVEN, are true and request the Exchange or Company to issue the insurance applied for in reliance thereon and at rates based on these facts.

I understand that any material misrepresentation or omission may void or cancel coverage subject to the statutory requirements of my state.

I authorize the driving record of all drivers to be checked through the state Motor Vehicle Department.

BINDER — The insurance has been applied for and is bound for 60 days from the Effective Date pending issuance of a policy to the Named Insured; except in Oregon and Wisconsin where it is bound until the policy applied for and currently in use by the issuing Company is cancelled in accordance with its terms. THE QUOTED PREMIUM IS SUBJECT TO VERIFICATION AND CHANGE (INCREASE OR DECREASE), WHEN NECESSARY, BY THE COMPANY. Please accept this form as a binder.

Subscribed to _____ M, _____    Effective Date _1_/_30_/_0 6_    Applicant's Signature X _____
Time          Month  Day  Year

This application is complete and I recommend its acceptance.

Date _____    Agent's Phone _____    Agent's Signature _____
Month  Day  Year

ATTN: AR, CO, NM, and OH Policyholders:
For your protection please be advised of the following: Any person who knowingly presents a false or fraudulent claim for payment of a loss, or knowingly presents false or misleading information to an insurance company for the purpose of defrauding or attempting to defraud an insurance company, or provides false information concerning a material fact on an application for insurance, or helps any other person commit such acts, may be guilty of fraud, and may be subject to substantial civil and criminal penalties, pursuant to the laws of the state in which those acts occur.

NOTICE TO UTAH APPLICANTS:
Any matter in dispute between you and the Company may be subject to arbitration as an alternative to court action pursuant to the rules of The American Arbitration Association a copy of which is available on request from the Company. Any decision reached by arbitration shall be binding upon both you and the Company. The arbitration award may include attorney's fees if allowed by state law and may be entered as a judgment in any court of proper jurisdiction.

**23**

# Exhibit B



# Exhibit B



**Farmers Insurance Group**
**Stacy Chern Insurance Agency**
19077 E. Colima Road, Rowland Heights, CA 91748
Tel: (626) 964-2422  Fax: (626) 964-1560
License# 0D28917

**Date:** 2-3-06

**Attention:** Kenneth

**From:** Lanny

**Re:**

**No. of Pages** _____3_____ **Including This Cover**

Kenneth,

Please sign the attached documents & fax it back to me.

Thank you!

## 9. MOBILE HOMEOWNERS INFORMATION

| YEAR: | MAKE: | MODEL: | MOBILE HOME AMOUNT: $ | USE: | MO. | DAY | YR. | INSPECTION DATE: | MO. | DAY | YR. | SERIAL NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCCUPANCY: | | LENGTH (FT): | WIDTH (FT): | UNUSUAL HAZARD: | | | | | IF BUSINESS ON PREMISES, TYPE: | | | |

(Refer to Agent's Manual for eligibility rules.)

HEATING: PRIMARY SYSTEM _____ FUEL _____
SECONDARY _____ ☐ COAL ☐ ELECTRIC ☐ GAS ☐ KEROSENE ☐ OIL
☐ WOOD ☐ OTHER/UNKNOWN

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| UNREPAIRED DAMAGE? (DESCRIBE IN REMARKS) | ☐ | ☐ | OUTSIDE OF CITY LIMITS? (IF "YES," COMPLETE ADDITIONAL INFORMATION BELOW) | ☐ | ☐ |
| DOES THE PROPERTY COMPLY WITH ALL OF THE ACCEPTABLE MAINTENANCE & CONDITIONS EXPECTATIONS? | ☐ | ☐ | ALARMS/SECURITY DEVICES (IF "YES," COMPLETE INFORMATION UNDER DWELLING SECTION 7) | ☐ | ☐ |
| LOCATED IN FLOOD PRONE AREA? | ☐ | ☐ | HOMEMADE? | ☐ | ☐ |
| CONNECTED TO PERMANENT FUEL SOURCE? | ☐ | ☐ | WATER HEATER SECURED? | ☐ | ☐ |
| CONNECTED TO SEWER/SEPTIC TANK? | ☐ | ☐ | STATE CERTIFIED BRACING SYSTEM? | ☐ | ☐ |
| LOCATED IN MOBILEHOME PARK | ☐ | ☐ | IS MOBILEHOME SKIRTED? | ☐ | ☐ |
| IS MOBILEHOME TIED DOWN? | ☐ | ☐ |  |  |  |

IF OUTSIDE CITY LIMITS, COMPLETE QUESTIONS SHOWN BELOW:

NUMBER OF MILES TO FIRST RESPONDING FIRE STATION? _____    NUMBER OF FEET TO NEAREST FIRE HYDRANT _____

NAME OF FIRE DEPARTMENT OR DISTRICT _____    LOCATED IN RESIDENTIAL AREA? ☐ YES ☐ NO

## SUBSCRIPTION AGREEMENT APPLIES TO FIRE INSURANCE EXCHANGE AND FARMERS INSURANCE EXCHANGE ONLY

For and in consideration of the benefits to be derived therefrom the Subscriber covenants and agrees with the Exchange indicated on the front of this application and other subscribers thereto through their and each of their attorney-in-fact, the Fire Underwriters Association for the Fire Insurance Exchange, and the Farmers Underwriters Association for the Farmers Insurance Exchange, to exchange with all other subscribers' policies of insurance or reinsurance containing such terms and conditions therein as may be specified by said attorney-in-fact and approved by the Board of Governors or its Executive Committee for any loss insured against, and subscriber hereby designates, constitutes and appoints said Association to be attorney-in-fact for subscriber, granting to it power to substitute another in its place, and in subscriber's name, place and stead to do all things which the subscriber or subscribers might or could do severally or jointly with reference to all policies issued, including cancellation thereof, collection and receipt of all monies due the Exchange from whatever source and disbursement of all loss and expense payments, effect reinsurance and all other acts incidental to the management of the Exchange and the business of inter-insurance; subscriber further agrees that there shall be paid to the respective Association, as compensation for its becoming and acting as attorney-in-fact, the membership fees and twenty-five per centum for the Fire Underwriters Association or twenty per centum for Farmers Underwriters Association of the Premium Deposit for the insurance provided and twenty-five per centum for Fire Underwriters Association or twenty per centum for Farmers Underwriters Association of the premiums required for continuance thereof.

The remaining portion of the Premium Deposit and of additional term payments made by or on behalf of the subscriber shall be applied to the payment of losses and expenses and to the establishment of reserves and general surplus. Such reserves and surplus may be invested and reinvested by a Board of Governors duly elected by and from subscribers in accordance with provisions of policies issued, which Board or its Executive Committee or an agent or agency appointed by written authority of said Executive Committee shall have full powers to negotiate purchases, sales, trades, exchanges and transfers of investments, properties, titles and securities, together with full powers to execute all necessary Instruments. The expenses above referred to shall include all taxes, license fees, attorney's fees and adjustment expenses and charges, expenses of members' and governors' meetings, agent's commissions, and such other specified fees, dues and expenses as may be authorized by the Board of Governors. All other expenses incurred in connection with the conduct of the Exchange and such of the above expenses as shall from time to time be agreed upon by and between the Association and the Board of Governors or its Executive Committee shall be borne by the Association.

The principal office of the Association and its attorney-in-fact shall be maintained in the City of Los Angeles, County of Los Angeles, State of California.

This agreement can be signed upon any number of counterparts with the same effect as if the signatures of all subscribers were upon one and the same instrument, and shall be binding upon the parties thereto, severally and ratably as provided in policies issued. Wherever the word "subscriber" is used the same shall mean members of the Exchange, the subscriber hereto, and all other subscribers to this or any other like agreement.

Any policy issued hereon shall be non-assessable.

**I hereby declare the facts stated a both sides of this application to be true and request the Exchange or Company to issue the insurance applied for and any renewals thereof in reliance thereon.**

Federal law (15 USC Sec. 1681d) requires all insurance companies to notify their policyholders that an investigation may be made as to character, general reputation, personal characteristics and mode of living, whichever are applicable. Additional information regarding the nature and scope of any such investigation requested will be furnished to you, upon your written request made within a reasonable time after you receive this notice.

**APPLICABLE ONLY TO THE STATES WITH THE PRIVACY ACT: I have received a copy of the INVESTIGATIVE PRACTICES AND PROTECTION OF YOUR PRIVACY form, which advises me of my rights concerning the investigative practices of the Farmers Insurance Group of Companies.**

This is my authority to cancel the following Farmers Insurance Group of Companies policies and apply credit to policy applied for herein:

Policy No. _____

Subscribed to _____ M _____    Applicant's Signature _____
TIME    MONTH    DAY    YEAR
Do you currently have mortgage insurance? ☐ Yes ☐ No    Home Address _____

| LIST ALL CURRENT AND PRIOR POLICY NOS. | FARMERS | MCA | TRUCK | FIRE | MCNA | FNWL |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**BINDER:** The insurance has been applied for and is bound for 60 days from the Effective Date pending issuance of a policy to the Named Insured; except in Wisconsin where it is bound until the policy applied for and currently in use by the issuing Company is cancelled in accordance with its terms. Please accept this Form as a binder.
This application is complete and I recommend its acceptance. **THE QUOTED PREMIUM IS SUBJECT TO VERIFICATION AND CHANGE (INCREASE OR DECREASE), WHEN NECESSARY, BY THE COMPANY.**

ACA No. _____ Date _____    Agent's Phone No. _____    Agent's Signature _____ Date _____

Policy # 9>46798>0

If policy(ies) issued under Farmers Insurance Exchange, forward form to the Regional Office.

Insured • Kenneth Lo

30-9246798 20
POLICY NUMBER

POLICY NUMBER

POLICY NUMBER

## Subscription Agreement Applies to Farmers Insurance Exchange Only

For and in consideration of the benefits to be derived therefrom the Subscriber covenants and agrees with the Farmers Insurance Exchange and other subscribers thereto through their and each of their attorney-in-fact, the Farmers Underwriters Association, to exchange with all other subscriber's policies of insurance or reinsurance containing such terms and conditions therein as may be specified by said attorney-in-fact and approved by the Board of Governors or its Executive Committee for any loss insured against, and subscriber hereby designates, constitutes and appoints said Association to be attorney-in-fact for subscriber granting to it power to substitute another in its place and in subscriber's name place and stead to do all things which the subscriber or subscribers might or could do severally or jointly with reference to all policies issued, including cancellation thereof, collection and receipt of all monies due the Exchange from whatever source and disbursement of all loss and expense payments, effect reinsurance and all other acts incidental to the management of the Exchange and the business of inter-insurance; subscriber further agrees that there shall be paid to said Association, as compensation for its becoming and acting as attorney-in-fact the membership fees and twenty per centum of the premiums required for continuance thereof.

The remaining portion of the Premium Deposit and of additional term payments made by or on behalf of the subscriber shall be applied to the payment of losses and expenses and to the establishment of reserves and general surplus. Such reserves and surplus may be invested and reinvested by a Board of Governors duly elected by and from subscribers in accordance with provisions of policies issued, which Board or its Executive Committee or an agent or agency appointed by written authority of said Executive Committee shall have full powers to negotiate purchases, sales, trades, exchanges and transfers of investments, properties, titles and securities, together with full powers to execute all necessary instruments. The expenses above referred to shall include all taxes, license fees, attorneys' fees and adjustment expenses and charges, expenses of members' and governor's meetings, agent's commissions. and such other specified fees, dues and expenses as may be authorized by the Board of Governors. All other expenses incurred in connection with the conduct of the Exchange and such of the above expenses as shall from time to time be agreed upon by and between the Association and the Board of Governors or its Executive Committee shall be borne by the Association.

The principal office of the Exchange and its attorney-in-fact shall be maintained in the City of Los Angeles, County of Los Angeles, State of California.

This agreement can be signed upon any number of counterparts with the same effect as if the signatures of all subscribers were upon one and the same instrument, and shall be binding upon the parties thereto, severally and ratably as provided in policies issued. Wherever the word " subscriber" is used the same shall mean members of the Exchange, the subscriber hereto, and all other subscribers to this or any other like agreement. Any policy issued hereon shall be non-assessable.

## Privacy Act

APPLICABLE ONLY TO THE STATES WITH THE PRIVACY ACT: I have received a copy of the INVESTIGATIVE PRACTICES AND PROTECTION OF YOUR PRIVACY form, which advises me of my rights concerning the investigative practices of the Farmers Insurance Group of Companies.

I hereby declare that the statements on both sides of this application, INCLUDING THOSE RELATING TO THE USE OF THE VEHICLE(S) AND MILEAGE DRIVEN, are true and request the Exchange or Company to issue the insurance applied for in reliance thereon and at rates based on these facts.

I understand that any material misrepresentation or omission may void or cancel coverage subject to the statutory requirements of my state.

I authorize the driving record of all drivers to be checked through the state Motor Vehicle Department.

BINDER — The insurance has been applied for and is bound for 60 days from the Effective Date pending issuance of a policy to the Named Insured; except in Oregon and Wisconsin where it is bound until the policy applied for and currently in use by the issuing Company is cancelled in accordance with its terms. THE QUOTED PREMIUM IS SUBJECT TO VERIFICATION AND CHANGE (INCREASE OR DECREASE), WHEN NECESSARY, BY THE COMPANY. Please accept this form as a binder.

Subscribed to_____ M, _____   Effective Date 1/20/06   Applicant's Signature X
           Time              Month  Day  Year

This application is complete and I recommend its acceptance.

Date _____        Agent's Phone _____   Agent's Signature _____
     Month Day Year

ATTN: AR, CO, NM and OH Policyholders:
For your protection please be advised of the following: Any person who knowingly presents a false or fraudulent claim for payment of a loss, or knowingly presents false or misleading information to an insurance company for the purpose of defrauding or attempting to defraud an insurance company, or provides false information concerning a material fact on an application for insurance, or helps any other person commit such acts, may be guilty of fraud, and may be subject to substantial civil and criminal penalties, pursuant to the laws of the state in which those acts occur.
NOTICE TO UTAH APPLICANTS:
Any matter in dispute between you and the Company may be subject to arbitration as an alternative to court action pursuant to the rules of The American Arbitration Association a copy of which is available on request from the Company. Any decision reached by arbitration shall be binding upon both you and the Company. The arbitration award may include attorney's fees if allowed by state law and may be entered as a judgment in any court of proper jurisdiction.

**PROOF OF SERVICE**
**Wild Chang, et al. v. Farmers Insurance, et al.**
**Case No. BC650876 related to Case No. 21STCV03453**

I, Malerie Gomez, declare:

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Woolls Peer Dollinger & Scher, A Professional Corporation, One Wilshire Building, 624 South Grand Avenue, 22nd Floor, Los Angeles, California 90017.  On August 20, 2021, I served the document(s) described as **DECLARATION OF STACY CHERN IN SUPPORT OF DEFENDANT FIRE INSURANCE EXCHANGE'S AMENDED ANTI-SLAPP MOTION** on the interested parties in this action as follows:

      ☒ By placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☐     BY MAIL:  I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at One Wilshire Building, 624 South Grand Avenue, 22nd Floor, Los Angeles, California 90017 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm.  Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at One Wilshire Building, 624 South Grand Avenue, 22nd Floor, Los Angeles, California 90017.

☐     OVERNIGHT DELIVERY:  I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS  ☐ UPS  ☐ Overnight Delivery [specify name of service:       ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS ☐ UPS ☐ OVERNIGHT DELIVERY [specify name of service:       ] authorized to receive documents at One Wilshire Building, 624 South Grand Avenue, 22nd Floor, Los Angeles, California 90017 with delivery fees fully provided for.

☒     BY E-MAIL:  I sent via electronic mail a copy of said document(s) to the persons at the e-mail addresses listed on the service list in accordance with the written confirmation of counsel in this action.  **SEE SERVICE LIST.**

☐     BY FACSIMILE:  I sent via facsimile a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒     [State]        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐     [Federal]        I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

      Executed on August 20, 2021, at Los Angeles, California.

Malerie Gomez

**28**

**SERVICE LIST**

| | |
|---|---|
| Wild Chang<br>2798 Native Avenue<br>Rowland Heights, CA 91748 | Plaintiff In Pro Per<br>WILD CHANG<br><br>Tel: (626) 715-9926<br>Email: kllk1234@hotmail.com |
| Kenneth Lo<br>2798 Native Avenue<br>Rowland Heights, CA 91748 | Plaintiff In Pro Per<br>KENNETH LO<br><br>Tel: (626) 715-9926<br>Email: kllk1234@hotmail.com |
| Wild Chang, Jr.<br>2798 Native Avenue<br>Rowland Heights, CA 91748 | Plaintiff In Pro Per<br>WILD CHANG, JR.<br><br>Tel: (626) 715-9926<br>Email: kllk1234@hotmail.com |

# Exhibit

# 5

## IMPORTANT NOTICE
### (Please keep for your records)

### Subscription Agreement Notice

By payment of the policy premium, you acknowledge that you have received and read the Fire Insurance Exchange Subscription Agreement (the terms of which are provided below) and that you agree to be bound to all of the terms and conditions of the Subscription Agreement.

Under the Subscription Agreement, you appoint Fire Underwriters Association (the "Association") to act as the Attorney-in-Fact. The Association has acted in this capacity since 1942. The Subscription Agreement provides for payment of compensation to the Association for its becoming and acting as Attorney-in-Fact. This compensation consists of a membership fee and a percentage of premiums on all policies of insurance or reinsurance issued or effected by the Exchange. These fees are included in your policy payment and are not an additional fee.

We reserve the right to request that you provide us with a signed Subscription Agreement and if you fail to do so, your coverage may be terminated.

## SUBSCRIPTION AGREEMENT

For and in consideration of the benefits to be derived therefrom the subscriber covenants and agrees with Fire Insurance Exchange and other subscribers thereto through their and each of their Attorney-in-Fact, the Fire Underwriters Association, to exchange with all other subscribers' policies of insurance or reinsurance containing such terms and conditions therein as may be specified by said Attorney-in-Fact and approved by the Board of Governors or its Executive Committee for any loss insured against, and subscriber hereby designates, constitutes and appoints Fire Underwriters Association to be Attorney-in-Fact for subscriber, granting to it power to substitute another in its place, and in subscriber's name, place and stead to do all things which the subscriber or subscribers might or could do severally or jointly with reference to all policies issued, including cancellation thereof, collection and receipt of all monies due the Exchange from whatever source and disbursement of all loss and expense payments, effect reinsurance and all other acts incidental to the management of the Exchange and the business of interinsurance; subscriber further agrees that there shall be paid to said Association, as compensation for its becoming and acting as Attorney-in-Fact, the membership fees and twenty five per centum of the Premium Deposit for the insurance provided and twenty five per centum of the premiums required for continuance thereof.

The remaining portion of the Premium Deposit and of additional term payments made by or on behalf of the subscriber shall be applied to the payment of losses and expenses and to the establishment of reserves and general surplus. Such reserves and surplus may be invested and reinvested by a Board of Governors duly elected by and from subscribers in accordance with provisions of policies issued, which Board or its Executive Committee or an agent or agency appointed by written authority of said Executive Committee shall have full powers to negotiate purchases, sales, trades, exchanges, and transfers of investments, properties, titles and securities, together with full powers to execute all necessary instruments. The expenses above referred to shall include all taxes, license fees, attorneys' fees and adjustment expenses and charges, expenses of members' and governors' meetings, agents' commissions, and such other specified fees, dues and expenses as may be authorized by the Board of Governors. All other expenses incurred in connection with the conduct of the Exchange and such of the above expenses as shall from time to time be agreed upon by and between the Association and the Board of Governors or its Executive Committee shall be borne by the Association.

The principal office of the Exchange and its Attorney-in-Fact shall be maintained in the City of Los Angeles, County of Los Angeles, State of California.

This agreement can be signed upon any number of counterparts with the same effect as if the signatures of all subscribers were upon one and the same instrument, and shall be binding upon the parties thereto, severally and ratably as provided in policies issued. Wherever the word "subscriber" is used the same shall mean members of the Exchange, the subscriber hereto, and all other subscribers to this or any other like agreement. Any policy issued hereon shall be non-assessable.

# Frequently asked questions

As a member of Fire Insurance Exchange, we want you to understand the basics of the operation of an Exchange because, as you will see below, you are an owner of the Exchange.

## What is an Exchange?

An Exchange is an insurance organization which operates in most ways like any other insurance company. But there are a few differences. Fire Insurance Exchange was organized under a provision in the California Insurance Code which allows insureds to "exchange" policies with other insureds. Because the insureds cannot practically be involved in actually issuing policies, collecting premium, paying commissions to agents, etc., they appoint a third party - called an "attorney-in-fact" (AIF) - to perform those duties on their behalf for a fee. That appointment is made through a document called a "Subscription Agreement." You were asked to sign a Subscription Agreement at the time you applied for insurance with Fire Insurance Exchange and that is how you became a member (aka subscriber).

## Who owns the Exchange?

You do. Subscribers of the Exchange are owners until such time as they no longer have insurance from the Exchange. Subscribers elect a Board of Governors which supervises the financial affairs of the Exchange and the performance of the AIF in conformity with the Subscription Agreement terms.

## Why is an AIF fee paid to Fire Underwriters Association (FUA)?

Under the Subscription Agreement mentioned above, members appoint FUA to perform certain of the tasks, such as policy issuance and collection of premium, which are involved in running an insurance operation. The Subscription Agreement specifies an AIF fee of 25 percent of premium although FUA has taken less than that amount.

## What is FUA?

FUA is a wholly owned subsidiary of Zurich Insurance Group, Ltd (ZIG), a Swiss company. FUA and ZIG have no ownership interest in Fire Insurance Exchange, which is owned by its subscribers (insureds).

## How was your premium dollar spent by Fire Insurance Exchange in 2012?

Your premium dollar covers Exchange costs including losses incurred, acquisition costs, taxes, license fees, the AIF fee, and any contributions to surplus. For 2012, the AIF fee was 13.6 percent of the premium dollar, which included the AIF profit of 7.33 percent of the premium dollar for that year. The results of the Fire Insurance Exchange were impacted by the large number of catastrophe losses but the company still maintained a strong capital base with surplus of $662 million.

## Can the Exchange lose money?

If premiums collected exceed claims payments and other expenses (including the fee for the AIF), then the Exchange retains those net premium earnings (as contributions to surplus). If premiums are not sufficient to cover claims and expenses, the Exchange will lose money. That's one reason it is important to build a cushion against possible future losses. The AIF does not participate in claims losses and does not enjoy any net premium earnings. Importantly, subscribers are not responsible for any losses the Exchange might suffer.

## Where can I get more information about the Exchange?

You can go to ***www.farmers.com/about*** for most questions. If you have additional questions, please contact:

Subscriber Relations Office
Fire Insurance Exchange
Attn: Corporate Secretary
P.O. Box 51161
Los Angeles, CA 90051-5461


**YOU MAY RETURN THIS FORM WITH YOUR PREMIUM PAYMENT,
OR SEND SEPARATELY TO THE FOLLOWING ADDRESS:**


**FIRE INSURANCE EXCHANGE**
P.O. BOX 51196
LOS ANGELES, CA 90051-5496

# Exhibit 6



Insurance ⌄    Get a Quote    Find an Agent    Claims ⌄    Resources ⌄    Payments    🔍    👤 Log in

**What is an Exchange?**

An Exchange is an insurance organization, which operates in most ways like any other insurance company, but with a few key differences. Fire Insurance Exchange was organized under a provision in the California Insurance Code, which allows insureds to "exchange" policies with other insureds. Because the insureds cannot practically be involved in actually issuing policies, collecting premium, paying commissions to agents, etc., they appoint a third party - called an "attorney-in-fact" (AIF) - to perform those duties on their behalf for a fee. That appointment is made through a document called a "Subscription Agreement." You were asked to sign a Subscription Agreement at the time you applied for insurance with Fire Insurance Exchange and that is how you became a member (aka subscriber).

**Who owns the Exchange?**

You do. Subscribers of the Exchange are owners until such time as they no longer have insurance from the Exchange. Subscribers elect a Board of Governors which supervises the financial affairs of the Exchange and the performance of the AIF in conformity with the Subscription Agreement terms.

*Why is an AIF fee paid to Fire Underwriters Association (FUA)?*

Under the Subscription Agreement mentioned above, members appoint FUA to perform certain of the tasks, such as policy issuance and collection of premium, which are involved in running an insurance operation. The Subscription Agreement specifies an AIF fee of 25 percent of premium, although FUA has taken less than that amount.

*What is FUA?*

FUA is a wholly owned subsidiary of Farmers Group, Inc. (FGI), which is part of the Zurich Insurance Group, Ltd (ZIG), a Swiss company. Neither FUA, FGI nor ZIG has any ownership interest in Fire Insurance Exchange, which is owned by its subscribers (insureds).

*How was your premium dollar spent by Fire Insurance Exchange in 2020?*

Your premium dollar covers Exchange costs including losses incurred, acquisition costs, taxes, license fees, the AIF fee, and any contributions to surplus. For 2020, the AIF fee was 12.4% of the premium dollar, which included the AIF profit of 6.74% of the premium dollar for that year.

*Can the Exchange lose money?*

If premiums collected exceed claims payments and other expenses (including the fee for the AIF), then the Exchange retains those net premium earnings (as contributions to surplus). If premiums are not sufficient to cover claims and expenses, the Exchange will lose money. That's one reason it is important to build surplus to pay future losses. The AIF does not participate in claims losses and does not enjoy any net premium earnings. Importantly, subscribers are not responsible for any losses the Exchange might suffer.

*How can I exercise my right to vote?*

You may exercise your voting rights in any of the following ways:

1. By attending the annual members. meeting in Woodland Hills, CA on March 21, 2022 at 10 AM,
2. Electronically through your Farmers.com account (voting will be available from January 1, 2022 to March 11, 2022), or
3. Through mail by requesting a paper proxy from the Subscriber Relations Office (completed proxies must be received by March 11, 2022)

*Where can I get more information about the Exchange, or obtain a paper proxy?*

You can go to **www.farmers.com/about-us/** for most questions. If you have additional questions or want to obtain a paper proxy along with a postage paid envelope to confidentially return your proxy, please contact:

Subscriber Relations Office
Fire Insurance Exchange
Attn: Corporate Secretary
P.O. Box 4461
Woodland Hills, CA 91365
**subscriber.relations@farmersinsurance.com**

Farmers is committed to your privacy and security. Learn more about our Personal Information Use    OKAY

**34**

https://www.farmers.com/companies/fire-exchange-update/

**PROOF OF SERVICE**

We hereby certify that the foregoing document was served on **June 20, 2022,** on the interested parties below by the Court's electronic case filing service ("ECF"):

Gregory B. Scher (gscher@wpdslaw.com)
H. Douglas Galt (dgalt@wpdslaw.com)
Woolls Peer Dollinger & Scher
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, CA  90017

By:   /S  Wild Chang
        Wild Chang

By:   /S   Kenneth Lo
        Kenneth Lo

By:   /S  Wild Chang, Jr.
        Wild Chang, Jr.