JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| WILD CHANG et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE COMPANY, INC. et al.,<br><br>    Defendants. | Case № 2:22-cv-02548-ODW (MARx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendants; and
2. Plaintiffs' First Amended Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

July 12, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE